# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE MEDICAL REVIEW/PANEL                    NO.   2021 CW 0436
KRISTA MATTHEWS, ET AL.

VERSUS

HOOD MEMORIAL HOSPITAL                        **JUNE 7, 2021**

---

In Re:   Krista Matthews, et al., applying for supervisory
         writs, 19th Judicial District Court, Parish of East
         Baton Rouge, No. 702,988.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **WRIT DENIED.** The criteria set forth in **Herlitz Construction
Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878
(La. 1981) (*per curiam*), are not met.

                    **VGW**
                    **JEW**
                    **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT